**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6547**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARC PIERRE HALL,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert E. Payne, District Judge, sitting by designation.  (CR-95-5, CA-99-61-3)

―――――――――

Submitted:  December 16, 1999        Decided:  December 27, 1999

―――――――――

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Marc Pierre Hall, Appellant Pro Se.  Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marc Pierre Hall appeals the district court's order denying his motion to expedite proceedings on his 28 U.S.C.A. § 2255 (West Supp. 1999) motion and for appointmnet of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                        DISMISSED

2